UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-24087-CIV-LENARD/O'SULLIVAN

MICHAEL LAMAR COX,
      Plaintiff,

vs.

SOUTH FLORIDA WORKFORCE
WEST DADE ONE STOP CAREER CENTER,
      Defendant.
_____/

## ORDER

THIS MATTER came before the Court sua sponte following a review of the record. The complaint in this case was filed on November 14, 2011. See Complaint under the Civil Rights Act, 42 U.S.C. § 1983 (DE# 1, 11/14/11). Service of process at the government's expense was ordered on November 15, 2011. See Order (DE# 5, 11/15/11). The court file reflects that service was accomplished by the United States Marshal upon Carl Alexis, Center Director, South Florida Work Force West Dade One Stop Career Center, 8485 SW 40 Street, Miami, FL 33155 on December 1, 2011. See Return of Summons (DE# 7, 12/30/11). As of this date no answer or other response has been filed by the defendant as required by Fed.R.Civ.P.12(a) within 20 days of service of the summons and complaint. It would appear that the entry of a Clerk's default against the defendant is appropriate pursuant to Fed.R.Civ.P. 55(a). Rule 55(a) does not state that the Court may sua sponte enter a default. See also Banks v. Vasseller, No. 09-20203-CIV,  2009 WL 4632548, at *1 (S.D. Fla. Apr. 23, 2009) (stating that a "[motion for] default must be requested by the plaintiff, there appearing no authority under the rule or precedent for sua sponte entry of default under such

circumstances."). Accordingly, it is

ORDERED AND ADJUDGED that as soon as practicable, but no later than

**Monday, January 30, 2012**, the plaintiff shall file a motion for default against the

defendant pursuant to Fed.R.Civ.P. 55(a). The plaintiff shall serve a copy of his motion

for default on the defendant. The plaintiff's motion shall include a certificate of service

indicating that the plaintiff has served the defendant with the motion for default.

**DONE AND ORDERED** in Chambers at Miami, Florida this **11th** day of

January, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard

Mailed by Chambers to:

Michael Lamar Cox
279 NE 12 Avenue
Apt. A-107
Homestead, FL 33030

Carl Alexis, Center Director,
South Florida Work Force
West Dade One Stop Career Center
8485 SW 40 Street
Miami, FL 33155